AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MICHAEL VASQUEZ <br><br> *Plaintiff* <br><br> v. <br><br> THE CITY OF NEW YORK, NYPD POLICE DET. JOS. LITRENTA, RYAN W. BRACKLEY, Asst. D.A <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 14 CV 00491 ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RYAN W. BRACKLEY
Boulder County District Attorney
1777 6th Street
Boulder, CO. 80302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HERBERT MOREIRA BROWN
4200 Hutchinson River Parkway East
Suite 26c
Bronx, New York 10475
(917) 328-3213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KR...
CLERK OF COURT

Date: JAN 27 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No. 14 CV 00491

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* __Ryan Brockley__
was received by me on *(date)* __3/26/14__ .

☒ I personally served the summons on the individual at *(place)* __Boulder County District Court__ on *(date)* __3/28/14__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ __--__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/1/14__

_____
Server's signature /s/ Nan Reynaud

Nan Reynaud, Private Process Server
Printed name and title

3229 Walnut St, Boulder, CO
Server's address

LISA M. CRAMER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20134048730
MY COMMISSION EXPIRES 07/29/2017

/s/ Lisa M. Cramer

Additional information regarding attempted service, etc: